IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE _Lauck_ DATE: _9/11/18_

CASE NO. _12MJ349_     INTERPRETER _____

Tape NO. _FTR_

UNITED STATES         _Michael Moore_

V.

_Andrew Robert MacCabe_

_____        _____

_____        _____

_____        _____

WITNESSES: _____
_____
_____

PROCEEDINGS:    INITIAL APPEARANCE _✓_    DETENTION HEARING _____

_____    Govt's motion to unseal, granted
_✓_       ARREST DATE: _9/11/18_
_✓_       Court summarized charges
_✓_       Court advises of deft's Rule 5 rights
_✓_       Financial Affidavit submitted for approval
_✓_       CJA counsel to be appointed
_____    Deft. to retain counsel
_✓_       Govt's motion to detain deft. _✓_ granted _____ denied
_____    Deft requests continuance to prepare for detention hearing
_____    Govt. requests continuance to prepare for detention hearing
_✓_       Detention hearing set for _9/13/18 at 12:45 PM_
_✓_       Order of Temporary Detention pending hearing
_____    Govt. adduced evidence, rested
_____    Deft. adduced evidence, rested
_____    Arguments heard

_____
_____
_____

Findings stated from the bench
Order of Detention Pending Trial
Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

Detention/preliminary hearing set for September 13, 2012 at 1:45 PM
Deft remanded to custody

Case set: _____   Case called: _____   Case ended: _____ Total: _____