IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**UNITED STATES OF AMERICA**

v.                    CASE NO.3:12MJ00349-001

**ANDREW ROBERT MacCABE**

**TEMPORARY DETENTION ORDER**

It appearing to the Court that this case involves a serious risk that the defendant will flee or attempt to obstruct justice, and upon motion of the United States Attorney, it is **ORDERED** that:

1. A Detention Hearing be held.

2. The hearing be held at the United States District Court, Richmond, Virginia, at 12:45 p.m. on September 13, 2012.

3. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. Section 3142(f) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

4. The defendant be afforded reasonable opportunity to consult with his attorney.

5. The person in charge of the corrections facility

deliver the defendant to the United States Marshal on order of a Court of the United States or on request of an attorney for the government.

    6.   The person in charge of the corrections facility deliver the defendant to the United States Marshal and the United States Marshal produce the defendant before this Court at 12:45 p.m. on September 13, 2012 for further proceedings.

    7.   The preliminary hearing will be held at the same time unless otherwise objected to by either party.

Let the Clerk send a copy of this order to all counsel of record and to the United States Marshal for this District.

                                         /s/
                                M. Hannah Lauck
                                United States Magistrate Judge

Dated: September 11, 2012