AO 442 (Rev. 01/09) Arrest Warrant

FID: 8990358

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Andrew Robert MACCABE

)
)
) Case No. 12MJ349
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew Robert MACCABE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribute 100 or more marijuana plants, in violation of Title 21, United States Code, §§ 841 (a) (1) and (b) (1) (B), and Title 21, United States Code, § 846.

Date: 09/07/2012

/S/
David J. Novak
United States Magistrate Judge
*Issuing officer's signature*

City and state: Richmond, Virginia

United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9·7·12, and the person was arrested on *(date)* 9·11·12
at *(city and state)* Farmville, VA.

Date: 9·11·12

Tyler Cary
*Arresting officer's signature*

Tyler Cary TFO
*Printed name and title*