IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE _Lauck_   DATE: _9/13/12_

CASE NO. _12MJ349_        INTERPRETER _____

Tape NO. _FTR_

UNITED STATES                       _Michael Jagels_

V.

_Andrew Robert MacCabe_             _Carolyn Grady_

_____              _____

_____              _____

_____              _____

WITNESSES: _____

_____

PROCEEDINGS:   INITIAL APPEARANCE _____   DETENTION _(Preliminary)_
                                             HEARING _✓_

_____    Govt's motion to unseal, granted
_____    ARREST DATE: _____
_____    Court summarized charges
_____    Court advises of deft's Rule 5 rights
_____    Financial Affidavit submitted for approval
_____    CJA counsel to be appointed
_____    Deft. to retain counsel
_____    Govt's motion to detain deft. ____granted____denied
_____    Deft requests continuance to prepare for detention hearing
_____    Govt. requests continuance to prepare for detention hearing
_____    Detention hearing set for _____
___/___    Order of Temporary Detention pending hearing
_✓_         Govt. adduced evidence, rested
_____    Deft. adduced evidence, rested
            Arguments heard

| | Findings stated from the bench |
|---|---|
| _____ | Order of Detention Pending Trial |
| _____ | Court: Orders bond set at _____ |

    _____ Residence/travel restricted to EDVA
    _____ Pretrial Supervision
    _____ No drugs, firearms, alcohol
    _____ Maintain/seek employment
    _____ Avoid contact with potential witnesses, victims, etc.
    _____ substance abuse testing and treatment; pay costs
    _____ Electronic monitoring; pay costs
    _____ 3rd party custodian
    _____ Maintain contact with attorney
    _____ Surrender passport _____ obtain no passport
    _____ If deft pleads guilty or found guilty report to PO
    _____ May report to AUSA as long as attorney is present
    _____ Remain inside and may only leave with approval of Pretrial
    _____ Additional conditions:

Court found that probable cause exist to sustain charges outlined in Criminal Complaint
Deft held w/o bond
Deft remanded to Custody

Case set: 12:45   Case called: 12:56   Case ended: _____ Total: _____